```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

JEFFREY MIMS AND MARK MIMS      *          CIVIL ACTION

VERSUS                          *          NO: 04-3130 C/W 04-3137

JAMES LEBLANC, WARDEN           *          SECTION: "D"(6)

### O R D E R

Before the court are the **"Objections to Magistrate's Report and Recommendation"** filed by Jeffrey Mims and Mark Mims. The Objections, set for hearing on Wednesday, July 5, 2006, are before the court on Petitioners' brief, without oral argument. Now, having considered the memorandum of Petitioners' counsel, the record, and the applicable law, and having reviewed *de novo* the Magistrate Judge's Report and Recommendation, the court **OVERRULES** the Petitioners' Objections and **ACCEPTS and ADOPTS**, in whole, the Magistrate Judge's Report and Recommendation (Doc. No. 16). Accordingly;

**IT IS ORDERED** that the applications for federal habeas corpus filed on behalf of Jeffrey Mims and Mark Mims be and are hereby **DENIED PREJUDICE.**

New Orleans, Louisiana, this **5th** day of **July , 2006**.

                                            _____
                                                  A.J. McNAMARA
                                      UNITED STATES DISTRICT JUDGE